# FILED
# UNDER
# SEAL

Prob12C
D/NV Form
Rev. March 2017

**United States District Court
for
the District of Nevada**

**PETITION FOR WARRANT
FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Melvin Johnson**

Case Number:  **2:21CR00111**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **November 4, 2021**

Original Offense: **Failure to Register as a Sex Offender**

Original Sentence: **13 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **March 9, 2022**

**PETITIONING THE COURT**

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime** - You must not commit another federal, state or local crime.

   On October 17, 2022, Melvin Johnson was arrested by Las Vegas Metro PD (LVMPD) for committing the following offenses:
   A.  Domestic Battery by Strangulation (felony) in violation of NRS 200.485.2
   B.  False Statement to Obstruct Public Officer (misdemeanor) in violation of NRS 197.190
   C.  Resist Public Officer (misdemeanor) in violation of NRS 199.280.3

**RE: Melvin Johnson**

Prob12C
D/NV Form
Rev. March 2017

2. **<u>Do Not Unlawfully Use Controlled Substance</u>** - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court, not to exceed 104 tests annually.

   A. On October 3, 2022, Johnson submitted a urine sample which yielded positive results for marijuana and the National Lab confirmed this test positive for marijuana.
   B. On October 24, 2022, Johnson submitted a urine sample which yielded positive results for methamphetamine and marijuana and both substances tested were confirmed positive by the National lab.

3. **<u>Participate In Program For Domestic Violence</u>** - You must participate in an approved program for domestic violence.

   As of this date, Johnson has not provided any verification that he participated in an approved program for domestic violence.

4. **<u>Drug Testing</u>** – You must submit to substance abuse testing to determine if you have used a prohibited substance. *Testing shall not exceed 104 tests per year.* You must not attempt to obstruct or tamper with the testing methods.

   Melvin Johnson was scheduled and failed to appear for drug testing at Tomo facility on the following dates:
   - December 6, 2022
   - November 29, 2022
   - November 28, 2022
   - November 19, 2022
   - November 12, 2022
   - October 17, 2022
   - October 15, 2022
   - October 11, 2022
   - September 22, 2022
   - August 26, 2022
   - August 22, 2022
   - August 5, 2022

5. **<u>Mental Health Treatment</u>** – You must participate in a mental health treatment program [Outpatient] and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**RE: Melvin Johnson**

Prob12C
D/NV Form
Rev. March 2017

Johnson completed a mental health assessment at Choices Counseling on September 22, 2022 and was scheduled to attend his first session on October 21; 2022, however, he was in custody on new charges. Johnson has made no reasonable attempts to begin treatment.

6. **Employment/Community Service** – You must be employed and complete community service for a combination of 30 hours per week. The probation officer will supervise the participation in the community service program by approving the program (agency, frequency or participation, etc.). You must provide written notification of completed community service hours to the probation officer.

Johnson has failed to complete any hours of community service and he remains unemployed.

7. **You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.**

Johnson has failed to make any payments towards his special assessment of $100.

8. **Live At Approved Place** - You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Johnson was approved to reside with his mother at 3851 South Wynn Road, apt 1112 in Las Vegas; however, numerous attempts to contact him at the residence in recent months have been difficult as Johnson is rarely there. On October 17, 2022, this officer was provided information from LVMPD advising the victim of the domestic violence arrest stated Johnson had been residing with her at 5055 Jeffrey street, apt 107, Las Vegas since being removed from location monitoring.

9. **Submit Monthly Report** - The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

Johnson has failed to submit monthly reports since July 2022.

**RE: Melvin Johnson**

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

        ⊠ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **December 13, 2022**

Digitally signed by
Donnette Johnson
Date: 2022.12.13
16:00:15 -08'00'

_____

Donnette Johnson
Senior United States Probation Officer

Approved:

Digitally signed by Brian
Blevin
Date: 2022.12.13 15:25:31
-08'00'

_____

Brian Blevins
Supervisory United States Probation Officer

---

***THE COURT ORDERS***

☐     No Action.
☑     The issuance of a warrant.
☐     The issuance of a summons.
☐     Other:

_____

RICHARD F. BOULWARE, II
United States District Judge

 December 14, 2022
_____
Date

RE: Melvin Johnson

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. MELVIN JOHNSON,  2:21CR00111

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### December 13, 2022

On November 4, 2021, Melvin Johnson was sentenced by Your Honor to 13 months custody followed by five years supervised release for committing the offense of Failure to Register as a Sex Offender.  On March 9, 2022, Johnson commenced his term of supervised release in the District of Nevada. Johnson has been on supervised release for a little over a year and has had numerous noncompliance issues.

Johnson was directed to attend random drug testing at Tomo facility; however, he failed to report for testing on the following dates: December 6, 2022, November 29, 2022, November 28, 2022, November 19, 2022, November 12, 2022, October 17, 2022, October 15, 2022, October 11, 2022, September 22, 2022, August 26, 2022, August 22, 2022, and August 5, 2022.  Even though this officer addressed the missed drug testing at each occurrence, Johnson continues to miss drug testing and last reported for drug testing on October 24, 2022 when he submitted a urine specimen which yielded positive results for methamphetamine and marijuana.  Johnson denied this drug use, but the test was confirmed positive for methamphetamine and marijuana by the National lab.  Johnson also submitted a urine specimen which yielded positive results for marijuana on October 3, 2022. As to this test, he again denied any drug use, but the test was confirmed positive for marijuana by the National Lab.

Johnson completed a mental health and substance abuse assessment on September 22, 2022 and was scheduled to attend his first session with a counselor on October 21, 2022; however, he was in custody on new charges for domestic battery.  Upon his release from custody, Johnson was rescheduled to attend his first session on November 3, 2022 and he arrived late and therefore counselor was unable to meet with him.  He was again rescheduled to November 10, 2022 and he failed to attend.  Although directed by this officer to contact counselor to get a new date, Johnson has made no attempts to contact counselor to start treatment since November 3, 2022.

On October 17, 2022, Johnson was arrested by Las Vegas Metro PD (LVMPD) for committing the following offenses: Domestic Battery by Strangulation (felony) in violation of NRS 200.485.2; False Statement to Obstruct Public Officer (misdemeanor) in violation of NRS 197.190 and Resist Public Officer (misdemeanor) in violation of NRS 199.280.3.  Details of the arrest state LVMPD officers responded to a call for service at a local address and contacted those who had made the call to police.  Shaquana Edwards, Johnson's girlfriend, reported Johnson came home asking for money and a ride so he could submit to a pre-employment drug test. She refused and an argument ensued.  Edwards asked Johnson to leave. As he grabbed her purse and car keys and attempted to leave, the argument continued outside.  Edwards reported they struggled over her belongings and Johnson then grabbed a hold of her neck with his hands and choked her.  Johnson eventually let her go and started throwing rocks, breaking three of their windows in the home.  As a neighbor tried to stop the physical confrontation between Johnson

**RE: Melvin Johnson**

Prob12C
D/NV Form
Rev. March 2017

and Edwards, Johnson grabbed his/her wrist. Johnson eventually let go and got into Edwards's vehicle. Officers arrived and observed three broken windows on the residence, small abrasions/cuts on Edwards' neck, and minor bruising on the wrist of the neighbor; both refused medical attention.

Officers attempted to contact Johnson at the scene, as he was in a vehicle nearby, but he drove away. He then put his vehicle into reverse and attempted to crash into the patrol vehicles. He then fled on foot and was chased through the apartment complex. After a brief foot pursuit, Johnson resisted officers when they attempted to place handcuffs on him. Eventually Johnson was placed under arrest and transported to Clark County Detention Center where he was booked. As officers questioned Johnson about the altercation with Edwards, he admitted he got into a verbal argument with Edwards and then neighbors got involved.

Johnson was approved to reside with his mother at 3851 South Wynn Road, apt 1112 in Las Vegas; however, probation has been unable to verify whether he is living there. On October 17, 2022, this officer was provided information from LVMPD advising the victim of the domestic violence arrest stated Johnson had been residing with her at her residence (at an unapproved address), since being removed from location monitoring. It should be noted that while on location monitoring, Johnson spent most of his time at this residence; however, he would return to his mother's residence nightly due to his curfew. On October 24, 2022, Johnson reported to the probation office to discuss his recent arrest and admitted that he did have an altercation with his girlfriend but denied that it was domestic battery. This officer reviewed his conditions of supervision and directed him to resume calling in for drug testing, and to contact his counselor at Choices to start treatment immediately. He was further provided with information on community service sites and employment readiness programs.

Johnson has failed to complete any hours of community service and he remains unemployed, although this officer has provided him with information and directed him to attend job readiness programs at Goodwill, FIT and One Stop Career Center. Johnson has also failed to pay his special assessment fee of $100. Johnson has also failed to submit monthly supervision reports as directed and last submitted a report in July 2022. Johnson was also ordered to complete a program for domestic violence, and he has provided no proof or verification that he has enrolled in one or completed a program as ordered. Based upon all the violations listed above, this officer respectfully requests a warrant be issued to address all the noncompliance matters incurred while on supervision.

Respectfully submitted,

Donnette Johnson

Digitally signed by
Donnette Johnson
Date: 2022.12.13
16:01:20 -08'00'

Donnette Johnson
Senior United States Probation Officer

**RE: Melvin Johnson**

Prob12C
D/NV Form
Rev. March 2017


Approved:

Digitally signed by Brian
Blevin
Date: 2022.12.13 15:26:31
-08'00'

Brian Blevins
Supervisory United States Probation Officer