RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Melvin Johnson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MELVIN JOHNSON,<br><br>          Defendant. | Case No. 2:21-cr-00111-RFB-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Melvin Johnson, that the Revocation of Supervised Release hearing currently scheduled on April 3, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Counsel needs additional time to investigate the allegations in the petition.

2. Counsel is waiting on a recommendation page and has been provided an offer to convey to client.

3.  Defendant is incarcerated and does not object to a continuance.

4.  The parties agree to the continuance.

5.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 30th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: /s/ *Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By: /s/ *Christopher Burton*<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MELVIN JOHNSON,<br><br>　　　　Defendant. | Case No. 2:21-cr-00111-RFB-NJK-1<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Revocation of Supervised Release hearing currently scheduled on April 3, 2023 at the hour of 11:45 a.m., be vacated and continued to April 24, 2023 at the hour of  9 : 00  a.m.

　　DATED this 31st day of March, 2023.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3